IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MANUEL E. ABRANTE, III.<br>　　Plaintiff,<br>　　　v.<br><br>VINCENT GUARINI, et al.,<br>　　Defendants. | CIVIL ACTION<br><br>NO.  12-6860 |
|---|---|

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS

**AND NOW**, this 8th day of January, 2014, upon consideration of Defendants Bonnie Bair and Lori Hostetter's Motion to Dismiss for Failure to State a Claim (ECF No. 13) and Plaintiff's Response to Defendants' Motion to Dismiss (ECF No. 16), it is hereby **ORDERED** that Defendants' Motion to Dismiss is **DENIED**.  It is further **ORDERED** that discovery shall proceed and be completed within ninety (90) days.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Michael M. Baylson
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-6860 abrante v.guarini\Order Denying Bair and Hostetter MTD 1.6.14.docx