IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MANUEL E. ABRANTE, III.<br>　　Plaintiff,<br>　　　v.<br>VINCENT GUARINI, et al.,<br>　　Defendants. | CIVIL ACTION<br><br>NO.  12-6860 |
|---|---|

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS

**AND NOW**, this 6th day of November, 2014, upon consideration of Defendants Vincent Guarini, Joe Shiffler, and Ann Haines's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 33), Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (ECF No. 37), and Defendants' Reply Brief in Support of the Motion to Dismiss (ECF No. 38), it is hereby **ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Michael M. Baylson
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-6860 abrante v.guarini\12cv6860.110614.order.mtd.docx